AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Northern  DISTRICT OF  New York

LeRoy Eugene Sharp III

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 5:13-cv-1243

Carolyn W. Colvin, *Acting Commissioner of Social Security*

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that this action is remanded back to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. §405(g) for further administrative proceedings, to include but not limited to a *de novo* hearing.

All of the above pursuant to a Stipulation and Order to Remand submitted to and entered by the Hon. Frederick J. Scullin, Jr. on 4/1/2014.

April 2, 2014
Date

Clerk of Court

(By) Deputy Clerk